# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ABDULRAHMAN MASRANI, (A# 206 047 655),<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.<br><br><br>    Defendants. | Case No. 4:19-cv-00099 |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Since the filing of this Complaint, Defendants have granted lawful permanent resident status on Dr. Masrani. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Abdulrahman Masrani hereby voluntarily dismisses the instant action with prejudice.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC
10900 Manchester Rd., Suite 203
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019, the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ *James. O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC